# EXHIBIT D

Mark B. Shoemaker, Esquire (MS8686)
**WARD SHOEMAKER LLC**
36 Euclid Street
Woodbury, NJ 08096
Phone (856) 853-7771 Fax (856) 853-0146
Counsel for Defendants

UNITED STATES FEDERAL COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANN COTTRELL and RICHARD HOLLAND<br><br>Plaintiffs<br><br>vs.<br><br>J&D DISCOUNT LIQUOR GALLERY, INC., improperly pleaded as J&R Discount Liquor Gallery, Inc. and DAVID J. STROUT, JR.<br><br>Defendant | DOCKET NO. 08-5418 (NLH)<br><br><br><br>CERTIFICATION OF COUNSEL |

I, Mark B. Shoemaker, Esquire, of full age, do depose and say:

1. I am an attorney at law licensed to practice in the State of New Jersey and am a partner of the law firm Ward Shoemaker LLC. I have been entrusted with the handling of the above litigation, and, as a result, I am fully familiar with facts set forth herein.

2. On February 13, 2009, I wrote to the Municipal Court Clerk of the City of Woodbury requesting dispositions of the following Complaints:

   SC-6253 (2006)
   SC-6916 (2006)
   SC-6991 (2006)
   SC-7011 (2006)
   SC-7593 (2007)

WARD SHOEMAKER LLC
*Counsellors at Law*
36 EUCLID STREET
WOODBURY, NEW JERSEY 08096

3. In response to my request, I received correspondence from Joan Reid, Deputy Court Administrator for the Woodbury Municipal Court dated February 17, 2009 attaching the dispositions to the five (5) Complaints requested in my letter.

4. I have attached hereto a true, correct, and complete copy of the February 17, 2009 correspondence from Joan Reid, Deputy Court Administrator, with the five pages of attachments.

5. According to the dispositions, four (4) of the Complaints were dismissed, and a finding of not guilty was entered as to the fifth.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WARD SHOEMAKER LLC
*Attorneys for the Defendants,*

Date: January 4, 2010

By: _____
Mark B. Shoemaker, Esquire

F:\WPDOCS\THW\9280thw\p\Motion.Summary Judgment\Certification of Counsel.wpd

WARD SHOEMAKER LLC
36 EUCLID STREET
WOODBURY, NEW JERSEY 08096

# WOODBURY MUNICIPAL COURT



### 200 NORTH BROAD STREET
### WOODBURY, N.J. 08096
### 856-845-0691
#### WILLIAM J. GOLDEN, JUDGE

February 17, 2009

Mark Shoemaker, Esquire
36 Euclid Street
PO Box 685
Woodbury, NJ 08096

Re: State v. J&D Liquors
    Tickets SC-6253, SC-6916, SC-6991, SC-7011, SC-7593

Dear Mr. Shoemaker:

Enclosed please find a copy of the dispositions on the above referenced matters as per your request.

Sincerely,

Joan Reid, DCA
Joan Reid
Deputy Court Admin.

Enclosures


RECEIVED FEB 19 2009

Page: 1  Document Name: Untitled

```
WOODBURY CITY          NJ AUTOMATED TRAFFIC SYSTEM              02/17/09
TFF00161                    GENERAL INQUIRY                      15:04
COURT: 0822  WOODBURY CITY        TICKET NO: SC  006253   STATUS: DISP
VIOLATION: 39:4-1380      HANDICAPPED PARKING
VIOLATION DATE: 04/10/2006  65 MPH: N CONST ZONE: N PERS INJ: N CRT AP REQ: Y
ISSUED DATE: 04/10/2006 ISSUED BY: 08229999 TIME: 10:37 A PAYABLE: N SAF COR: N
                                         MUN OF OFFENSE:  0822
DEFT NAME: J         D LIQUORS            DL: NA                       NA
ADDRESS 1: 430 N. BROAD ST               DOB:           SEX   EYE   RC: D 0
ADDRESS 2:                               PHONE:
CITY: WOODBURY          NJ  08096        PLATE: GDS2      NJ    COMM LIC:
                                         VEH:  2003  UNKN  FORD  BODY: 05
         *** ASSESSED ***   *** PAID ***    *** COURT INFORMATION ***
FINE:                                    DATE: 12/11/2006  10:00 A 0001 PLEA: 2
COST:                                       *** DEFENDANT FOLLOW-UP ***
MISC:                                    FTA:            WARRANT:
                                         PSUS: 00/00/0000  RECALL:
TOTAL:                                   R/DSUS:          BAIL SET:
                                         BAIL POSTED:     BAIL STATUS:
                         -dismissed
DISPOSITION: FINDING: 3 DATE: 12/11/2006 SENT 1:            2:
CASE NOTES: CONFLICT COURT
F1: MORE DATA   F2: DISP   F3: BAIL   F4: INV PERS   F5: EVENTS   F6: TPAY
F7: PYMTS   F8: WARRANT  F9: NOTES   F10: SAVED LIST   F13: D/L   F14: PLATE
4-©          1    Sess-1   172.16.1.27            TM082201          3/47
```

Name: Joan.Reid - Date: 2/17/2009  Time: 3:04:08 PM

Page: 1  Document Name: Untitled

```
WOODBURY CITY              NJ AUTOMATED TRAFFIC SYSTEM              02/17/09
TFF00161                        GENERAL INQUIRY                      15:04
COURT: 0822  WOODBURY CITY        TICKET NO: SC  006916   STATUS: DISP
VIOLATION: 39:4-207.9   FAILURE TO REMOVE SNOW FR HANDICAPPED PARKING SPACE
VIOLATION DATE: 09/27/2006  65 MPH: N CONST ZONE: N PERS INJ: N CRT AP REQ: Y
ISSUED DATE: 10/27/2006 ISSUED BY: 08229999 TIME: 10:22 A PAYABLE: Y SAF COR: N
                                          MUN OF OFFENSE:  0822
DEFT NAME: J D          LIQUORS           DL:                              NA
ADDRESS 1: 430 N. BROAD ST                DOB:           SEX   EYE   RC:
ADDRESS 2:                                PHONE:
CITY: WOODBURY          NJ  08096         PLATE: 99999    NJ    COMM LIC:
                                          VEH:  0000  UNKN  OTHE  BODY: 09
         *** ASSESSED ***    *** PAID ***     *** COURT INFORMATION ***
FINE:                                     DATE: 12/11/2006  10:00 A 0001 PLEA: 2
COST:                                         *** DEFENDANT FOLLOW-UP ***
MISC:                                     FTA:            WARRANT:
                                          PSUS: 00/00/0000  RECALL:
TOTAL:                                    R/DSUS:          BAIL SET:
                           dismissed      BAIL POSTED:     BAIL STATUS:

DISPOSITION: FINDING: 3 DATE: 12/11/2006  SENT 1:           2:
CASE NOTES:
F1: MORE DATA   F2: DISP   F3: BAIL   F4: INV PERS   F5: EVENTS   F6: TPAY
F7: PYMTS   F8: WARRANT   F9: NOTES   F10: SAVED LIST   F13: D/L   F14: PLATE
4-©          1    Sess-1    172.16.1.27              TM082201        3/47
```

Name: Joan.Reid - Date: 2/17/2009  Time: 3:04:15 PM

```
Page: 1  Document Name: Untitled




WOODBURY CITY            NJ AUTOMATED TRAFFIC SYSTEM                02/17/09
TFF00161                      GENERAL INQUIRY                         15:04
COURT: 0822  WOODBURY CITY        TICKET NO: SC  006991   STATUS: DISP
VIOLATION: 39:4-207.9   FAILURE TO REMOVE SNOW FR HANDICAPPED PARKING SPACE
VIOLATION DATE: 10/13/2006  65 MPH: N CONST ZONE: N PERS INJ: N CRT AP REQ: Y
ISSUED DATE: 11/08/2006 ISSUED BY: 08229999 TIME: 12:32 P PAYABLE: Y SAF COR: N
                                             MUN OF OFFENSE:  0822
DEFT NAME: J&D       LIQUOR                 DL:                              NA
ADDRESS 1: 430 N. BROAD STREET              DOB:              SEX  EYE  RC:
ADDRESS 2:                                  PHONE:
CITY: WOODBURY         NJ  08096            PLATE: 99999     NJ   COMM LIC:
                                            VEH:  0000       UNKN BODY: 01
         *** ASSESSED ***    *** PAID ***    *** COURT INFORMATION ***
FINE:                                       DATE: 03/22/2007  09:00 A 0001 PLEA: 2
COST:                                         *** DEFENDANT FOLLOW-UP ***
MISC:                                       FTA:           WARRANT:
                                            PSUS: 00/00/0000  RECALL:
TOTAL:                                      R/DSUS:          BAIL SET:
                                            BAIL POSTED:    BAIL STATUS:
                         JG
DISPOSITION: FINDING: 2  DATE: 03/22/2007  SENT 1:               2:
CASE NOTES:
F1: MORE DATA   F2: DISP    F3: BAIL    F4: INV PERS   F5: EVENTS   F6: TPAY
F7: PYMTS   F8: WARRANT  F9: NOTES  F10: SAVED LIST   F13: D/L    F14: PLATE
4-©         1    Sess-1    172.16.1.27           TM082201           3/47




Name: Joan.Reid - Date: 2/17/2009  Time: 3:04:21 PM
```

```
Page: 1  Document Name: Untitled




         WOODBURY CITY          NJ AUTOMATED TRAFFIC SYSTEM                02/17/09
         TFF00161                     GENERAL INQUIRY                      15:04
         COURT: 0822  WOODBURY CITY        TICKET NO: SC  007011   STATUS: DISP
         VIOLATION: 39:4-207.9   FAILURE TO REMOVE SNOW FR HANDICAPPED PARKING SPACE
         VIOLATION DATE: 10/27/2006  65 MPH: N CONST ZONE: N PERS INJ: N CRT AP REQ: Y
         ISSUED DATE: 10/27/2006 ISSUED BY: 08229999 TIME: 12:03 P PAYABLE: Y SAF COR: N
                                                  MUN OF OFFENSE:  0822
         DEFT NAME: J      D   LIQUORS          DL: NA                           NA
         ADDRESS 1: 439 N. BROAD ST           DOB:             SEX   EYE   RC: D 0
         ADDRESS 2:                           PHONE:
         CITY: WOODBURY         NJ  08096     PLATE:  99999    NJ    COMM LIC:
                                              VEH:  0000  UNKN OTHE  BODY: 09
                  *** ASSESSED ***  *** PAID ***   *** COURT INFORMATION ***
         FINE:                                 DATE: 12/11/2006  10:00 A 0001 PLEA: 2
         COST:                                    *** DEFENDANT FOLLOW-UP ***
         MISC:                                 FTA:              WARRANT:
                                               PSUS: 00/00/0000  RECALL:
         TOTAL:                                R/DSUS:           BAIL SET:
                                        [dismissed]  BAIL POSTED:       BAIL STATUS:

         DISPOSITION: FINDING: 3  DATE: 12/11/2006  SENT 1:            2:
         CASE NOTES:
         F1: MORE DATA   F2: DISP   F3: BAIL   F4: INV PERS   F5: EVENTS   F6: TPAY
         F7: PYMTS   F8: WARRANT   F9: NOTES   F10: SAVED LIST   F13: D/L   F14: PLATE
         4-©            1    Sess-1    172.16.1.27            TM082201          3/47






Name: Joan.Reid - Date: 2/17/2009  Time: 3:04:27 PM
```

Page: 1  Document Name: Untitled

```
WOODBURY CITY              NJ AUTOMATED TRAFFIC SYSTEM                    02/17/09
TFF00161                        GENERAL INQUIRY                             15:04
COURT: 0822  WOODBURY CITY        TICKET NO: SC  007593    STATUS: DISP
VIOLATION: 39:4-207.9    FAILURE TO REMOVE SNOW FR HANDICAPPED PARKING SPACE
VIOLATION DATE: 04/27/2007  65 MPH: N CONST ZONE: N PERS INJ: N CRT AP REQ: Y
ISSUED DATE: 05/23/2007 ISSUED BY: 08229999 TIME: 11:08 A PAYABLE: Y SAF COR: N
                                              MUN OF OFFENSE:  0822
DEFT NAME: J & D         LIQUORS              DL:                              NA
ADDRESS 1: 430 N. BROAD ST                    DOB:           SEX   EYE   RC:
ADDRESS 2:                                    PHONE:
CITY: WOODBURY           NJ  08096            PLATE:  9999    NJ   COMM LIC:
                                              VEH:  0000  UNKN  OTHE  BODY: 09
         *** ASSESSED ***    *** PAID ***       *** COURT INFORMATION ***
FINE:                                         DATE: 09/20/2007  10:00 A 0001 PLEA: 2
COST:                                            *** DEFENDANT FOLLOW-UP ***
MISC:                                         FTA:             WARRANT:
                                              PSUS: 00/00/0000  RECALL:
TOTAL:                                        R/DSUS:           BAIL SET:
                        dismissed             BAIL POSTED:     BAIL STATUS:

DISPOSITION: FINDING: 3 DATE: 09/20/2007  SENT 1:              2:
CASE NOTES:
F1: MORE DATA    F2: DISP    F3: BAIL    F4: INV PERS    F5: EVENTS    F6: TPAY
F7: PYMTS   F8: WARRANT   F9: NOTES   F10: SAVED LIST    F13: D/L    F14: PLATE
4-©            1    Sess-1    172.16.1.27              TM082201          3/47
```

Name: Joan.Reid - Date: 2/17/2009  Time: 3:04:36 PM