UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANN COTTRELL and RICHARD HOLLAND, | |
| Plaintiffs, | Civil Action No. 08-cv-5418 (NLH)(KMW) |
| v. | **ORDER** |
| J&D DISCOUNT LIQUOR GALLERY, INC., d/b/a J&D LIQUORS, and DAVID J. STROUT, JR. | |
| Defendants. | |

**HILLMAN, District Judge**

For the reasons expressed in this Court's Opinion entered on this date,

IT IS on this  30th  day of   September    2010, hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Cross-motion for Summary Judgment is **GRANTED IN PART and DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs shall have twenty (20) days from the date of this Order to submit a brief addressing those issues raised in this Court's Opinion entered on the same date; and it is further

**ORDERED** that Defendants shall have twenty (20) days from the date of Plaintiffs' submission to respond.

At Camden, New Jersey

      /s/ NOEL L. HILLMAN     
NOEL L. HILLMAN, U.S.D.J.